IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BENNY BURGESS, § | |
| TDCJ-CID NO.1466524, § | |
|     Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-09-2924 |
| BARBARA LORRAINE, *et al.*, § | |
|     Defendants. § | |

## ORDER GRANTING EXTENSION OF TIME

By motion filed March 9, 2010, defendants seek an extension of time to file a motion for summary judgment. (Docket Entry No.15). Finding the motion was filed in good faith, the Court GRANTS defendants' motion for an extension to file a motion for summary judgment. (Docket Entry No.15). Defendants shall file a motion for summary judgment no later than April 14, 2010.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on March 11, 2010.

_____
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE